IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
United States District Court
Albuquerque, New Mexico

Erik Paltrow
Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MATTHEW CHANNON,

Defendant.

Case No. 26-cr-2056-MLG

**ORDER**

This matter is before the Court on Defendant Matthew Channon's Unopposed Motion to Amend Conditions of Release. (Doc. 37) There being good cause shown by the Defendant, and the Court noting that the United States and probation concur in the motion, the Court finds that the motion is well-taken and should be granted.

IT IS HEREBY ORDERED that the conditions of release for Matthew Channon are amended to provide that he may travel without permission throughout Bernalillo, Valencia, Sandoval and Santa Fe counties. All other conditions of release remain in effect.

Laura Fashing

UNITED STATES MAGISTRATE JUDGE