IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v. CR 26-2056 MLG

MATTHEW JAMES CHANNON,

Defendant.

**ORDER ALLOWING WITHDRAWAL OF COUNSEL**

**THIS MATTER** came before the Court on Defendant's Motion to Withdraw as Counsel [doc. 40] filed August 3, 2026. The Court finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED** that Justine Fox-Yong is permitted to withdraw as counsel in this matter.

**IT IS HEREBY ORDERED** that new counsel shall be appointed to represent Mr. Channon.

Laura Fashing

UNITED STATES MAGISTRATE JUDGE