IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v. No. 1:26-cr-02056-MLG

MATTHEW JAMES CHANNON,

Defendant.

**NOTICE OF NONAVAILABILITY OF COUNSEL**

Maxwell Pines, counsel for Defendant Matthew James Channon, gives notice that he is unavailable for hearings or other court appearances during the following periods in October 2026:

Thursday, October 1 — morning only;

Wednesday, October 7 — afternoon only;

Wednesday, October 14 — all day;

Friday, October 16 — all day;

Tuesday, October 20 — morning only;

Wednesday, October 21 — all day;

Monday, October 26 — all day; and

Friday, October 30 — all day.

Counsel respectfully requests that the Court take these periods into account when setting any hearing requiring counsel's appearance. This notice does not seek to continue an existing setting or modify a deadline. Counsel will file an appropriate motion if relief from any existing obligation becomes necessary.

Respectfully submitted,

/s/ *Maxwell Pines*
Maxwell Pines

Max Pines Law
800 Lomas NW Suite 200
Counsel for Matthew James Channon

**CERTIFICATE OF SERVICE**

I certify that on 9/29/26, I filed the foregoing notice through CM/ECF, which caused electronic service on counsel of record.

/s/ *Maxwell Pines*