**CLERK'S MINUTES**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing, United States Magistrate Judge

Motion Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 26-2056 MLG | UNITED STATES vs. CHANNON | |
| Hearing Date: | Friday, October 16, 2026 | Time In and Out: | 2:35-4:02 |
| Courtroom Deputy: | N. Maestas | Courtroom: | Pecos |
| Defendant: | Matthew James Channon | Defendant's Counsel: | Maxwell Pines |
| AUSA: | Paul Mysliwiec | Pretrial/Probation: | Delma Garcia |
| Interpreter: | | Witness: | |

Proceedings

Court notes pending motions to be addressed today (Motion to Withdraw [54], Motion to Amend Conditions of Release [41] and Motion Seeking Self-Representation [58]). Government addresses Court regarding [63] and concerns regarding competency. Court responds, and is not concerned about competency at this moment, if concerns arise regarding competency, the hearing will stop. Government responds. Court addresses possibility of conflict in this case, notes there has been no interaction with Defendant's previous case or government counsel during that time and believes there is no conflict. Court addresses Motion to Withdraw and Motion for Self-Representation, addresses Defendant regarding request for new counsel. Government responds to the Court's inquiry regarding trial setting. Defense counsel addresses Court regarding Motion to Withdraw. Government responds. Court addresses timeliness and reasons for request. Defense counsel notes Defendant does not have confidence in him and there has been a breakdown in communication. Court responds, believes Defendant has contributed to the breakdown in communication. Defense counsel responds. Court is inclined to allow Defendant to represent himself and Mr. Pines remain on the case as stand-by counsel. Government responds. Defense counsel addresses Court regarding previous counsel in prior case. Court responds, confirms with Defendant that he would like to represent himself. Court will not appoint new counsel. Defense counsel responds and notes request for second chair. Court responds regarding self-representation and asks Defendant a series of questions (sworn)/Court questions Defendant to determine whether he can represent himself. Defendant responds to the Court's questions. Court urges Defendant not to represent himself and accept representation of Mr. Pines. Defendant gives up his right. Court has no concerns about Defendant's competency to stand trial and addresses the government's concerns regarding the ability of Defendant to assist in his defense. Court finds Defendant is competent and decision to represent himself is voluntary, and orders Mr. Pines to remain as stand-by counsel. Defense counsel notes objections. Government responds. Court responds, confirms that Defendant wants stand-by counsel. Defendant confirms. Court will appoint Mr. Pines as standby counsel. Court notes Defendant now represents himself and will address Motion to Amend Conditions of Release. Officer Garcia responds. Government responds, argues in opposition to motion. Officer Garcia responds. Government does not object to Defendant driving for Uber. Officer Garcia clarifies opposition to removal of curfew. Court notes Defendant can drive for Uber and denies motion lifting curfew and location monitoring. Government responds. Defendant responds. Court reiterates Defendant is allowed to drive for Uber, is keeping location monitoring in place. Defendant requests permission to be allowed to travel to Socorro for a meeting. Government does not object. Court will allow orders Defendant not to communicate with the Court (no emails to chambers). Defendant requests clarification of communication. Court responds. Court authorizes Defendant to file documents electronically.

Custody Status

| | | |
|---|---|---|
| ☐ | Defendant | |
| ☒ | Conditions of release previously imposed remain in effect | |

Other Ruling

| | |
|---|---|
| ☐ | |