IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>**MATTHEW CHANNON**,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 26-CR-2056-MLG |

**UNITED STATES' RESPONSE TO SECOND AMENDMENT CHALLENGE TO COUNT 1**

The United States is in receipt of a motion by defendant Matthew Channon ("Defendant" or "Channon")'s to dismiss Count 1 on Second Amendment grounds, Doc. 64, as well as a Notice regarding the same, Doc. 71. The United States agrees with Channon's prior counsel that the Second Amendment challenge is foreclosed by binding law, and respectfully requests the Court deny the motion without a hearing.

The United States agrees with Channon's former counsel that Channon's false statement that he had never been convicted of a felony is material to the lawfulness of the sale of a firearm within the meaning of 18 U.S.C. § 922(a)(6) because felons may not possess firearms per § 922(g)(1). The United States also agrees with Channon's former counsel that the Tenth Circuit has squarely rejected his current argument. *See* Doc. 64, p. 2 (collecting cases). That is enough to deny the instant motion without a hearing.

The United States additionally notes, however, that even if a court with authority to do so were later to overrule the Tenth Circuit's decisions, the question of whether Channon had ever been convicted of a felony would still have been material when he knowingly answered it

falsely. Meaning, even if he were, in the future, granted the ability to possess a firearm legally, his knowing false statement as to whether he had ever been convicted of a felony would still have been material on April 1, 2026 when he made it. For that additional reason, the Court should deny the instant motion.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN G. ELLISON
First Assistant United States Attorney

*Electronically filed October 21, 2026*
PAUL J. MYSLIWIEC
Assistant United States Attorney
201 3rd St. NW, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274

I HEREBY CERTIFY that the submission of this motion in CM/ECF caused a copy to be served on the defendant.

***Electronically filed October 21, 2026***
Paul J. Mysliwiec
Assistant United States Attorney