IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) Case No. 26-CR-2056-MLG
vs. )
)
**MATTHEW CHANNON**, )
)
Defendant. )

**UNITED STATES' RESPONSE TO PRO SE MOTION TO CONTINUE**

The United States is in receipt of defendant Matthew Channon ("Defendant" or "Channon")'s *pro se* motion to continue trial and all related deadlines, Doc. 70. The government does not object to the proposed continuance. There are several pending dispositive motions that toll the statutory Speedy Trial time per 18 U.S.C. § 3161(h)(1)(D) (and that will be subject to tolling per § 3161(h)(1)(H) once the Court considers those matters fully briefed with no further hearings necessary), and the relative recency of the indictment should not give the Court concern about later retrospective constitutional speedy trial analysis.

Respectfully submitted,

TODD BLANCHE
Attorney General
RYAN G. ELLISON
First Assistant United States Attorney

*Electronically filed October 21, 2026*
PAUL J. MYSLIWIEC
Assistant United States Attorney
201 3rd St. NW, Suite 900
Albuquerque, New Mexico 87102
(505) 346-7274

I HEREBY CERTIFY that the submission of this motion in CM/ECF caused a copy to be served on the defendant.

***Electronically filed October 21, 2026***
Paul J. Mysliwiec
Assistant United States Attorney